PROB 12C
(6/16)

Report Date: March 22, 2024

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**for the**

**Mar 25, 2024**

**Eastern District of Washington**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francisco Montablo Ayala           Case Number: 0980 2:15CR00104-SAB-1

Address of Offender: ███████████████  Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 25, 2017

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C). | |
| Original Sentence: | Prison - 96 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: July 29, 2022 |
| Defense Attorney: | Eric Mitchell Christianson | Date Supervision Expires: July 28, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On August 3, 2022, Mr. Ayala's conditions of supervised release were reviewed with him. He signed his judgement acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. Ayala is in violation of his conditions of supervised release by committing the offense; Manufacture, Deliver, Possess with Intent to Deliver a Controlled Substance (cocaine and fentanyl), in violation of R.C.W. 69.50.401.BF, on or around March 21, 2024.<br><br>On March 21, 2024, Mr. Francisco Ayala was found to be in possession of approximately 1 kilogram of cocaine and several thousand suspected fentanyl pills. He was booked into the Spokane County Jail on the aforementioned charges. Report number 2024-20003064 has been requested. Once the report is obtained, the undersigned officer will update the Court if needed. |
| 2 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
Re: Ayala, Francisco Montablo
March 22, 2024
Page 2

**Supporting Evidence**: It is alleged Mr. Ayala is in violation of his conditions of supervised release by possessing cocaine and fentanyl on or around March 21, 2024.

On March 21, 2024, Mr. Francisco Ayala was found to be in possession of approximately 1 kilogram of cocaine and several thousand suspected fentanyl pills. He was booked into the Spokane County Jail on the aforementioned charges. Report number 2024-20003064 has been requested. Once the report is obtained, the undersigned officer will update the Court if needed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 22, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/25/2024

Date