PROB 12C  
(6/16)

Report Date: April 8, 2024

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Francisco Montablo Ayala                Case Number: 0980 2:15CR00104-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮, Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 25, 2017

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 96 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin Baunsgard | Date Supervision Commenced: July 29, 2022 |
| Defense Attorney: | Zachary Lynn Ayers | Date Supervision Expires: July 28, 2027 |

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/25/2024.

On August 3, 2023, the conditions of supervision were reviewed with Mr. Ayala. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged Mr. Ayala is in violation of his conditions of supervised release by being indicted on or about April 5, 2024, for the following federal crimes: Possession with Intent to Distribute 400 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi); Possession with Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii); and Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841 (a)(1), (b)(1)(A)(viii). |
| | On or around April 5, 2024, an indictment was filed in the Eastern District of Washington, charging Mr. Ayala on the above-mentioned charges, case number 2:24CR00048-SAB-1. |

Prob12C
Re: Ayala, Francisco Montablo
April 8, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 8, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/8/2024

Date